**Patrick TOWNSEND, Karen Townsend, Plaintiffs–Appellants,**

v.

**HOLMAN CONSULTING CORPORATION, Defendant,**

**and**

**Towers, Perrin, Forster & Crosby; Trust Services of America, Inc.; American Insurance Administrators; International Union of Operating Engineers, Local 12, AFL–CIO, Defendants–Appellees.**

Nos. 87–5825, 87–6154.

United States Court of Appeals, Ninth Circuit.

Nov. 8, 1989.

Before GOODWIN, Chief Judge, and BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON,

O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ and RYMER, Circuit Judges.

### ORDER

Prior Report: 881 F.2d 788.

Upon the vote of a majority of the nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.